**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Alfonso Melendez,<br><br>        Petitioner,<br><br>v.<br><br>Warden Greg Fizer,<br><br>        Respondent. | No. CV-05-891-PHX-SMM<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On July 19, 2013, this Court denied Petitioner's motion for Fed. R. Civ. P. 60(b) relief. (Doc. 38.) Subsequently, Petitioner's noticed appeal from this Court's ruling, NOA # 13-16776. (Doc. 39.) Pending before the Court is Petitioner's motion for extension of time to request certificate of appealability (Doc. 40) and Petitioner's application for certificate of appealability (Doc. 41).

Rule 11(a) of the Rules Governing Section 2254 Cases provides that the district judge must either issue or deny a certificate of appealability ("COA") when it enters a final order adverse to the applicant. If a certificate is issued, the court must state the specific issue or issues that satisfy 28 U.S.C. § 2253(c)(2). Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." This showing can be established by demonstrating that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner" or that the issues were "adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 484 (2000) (citing Barefoot v. Estelle,

1 | 463 U.S. 880, 893 & n.4 (1983)).

2 |     The Court finds that reasonable jurists could not debate its resolution of Petitioner's
3 | claims that he had a legitimate excuse to the procedural default of his ineffective assistance
4 | of counsel claims in state court. The question of whether the state court erred in finding
5 | those claims procedurally defaulted is not debatable among jurists of reason. Similarly, there
6 | are no debatable facts or legal authority to support that either <u>Martinez v. Ryan</u>, 132 S. Ct.
7 | 1309 (2012) or <u>Maples v. Thomas</u>, 132 S. Ct. 912 (2012) excuse Petitioner's procedurally
8 | defaulted claims. (<u>See</u> Doc. 38.) Accordingly, the Court will decline to issue a COA.

9 |     Based on the foregoing,

10 |     **IT IS HEREBY ORDERED DENYING** Petitioner's application for certificate of
11 | appealability. (Doc. 41.) The Clerk of Court shall forward a copy of this Order to the Clerk
12 | of the Ninth Circuit Court of Appeals.

13 |     **IT IS FURTHER ORDERED GRANTING** Petitioner's motion for extension of
14 | time to request certificate of appealability. (Doc. 40.)

15 |     DATED this 30th day of September, 2013.

Stephen M. McNamee
Senior United States District Judge